UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA SMITH,<br><br>   Plaintiff,<br><br> v.<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA, et al.,<br><br>   Defendants. | Case No. 3:24-cv-01981-JSC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 12 |

  The Court has reviewed Magistrate Judge Peter H. Kang's report and recommendation to dismiss this action for failure to prosecute. (Dkt. No. 12.) Judge Kang previously granted Plaintiff's in forma pauperis application and dismissed the complaint under 28 U.S.C. § 1915(e)(2)(B) as "frivolous, for failure to state a claim for relief, and for seeking monetary relief from those who are immune from such relief." (Dkt. No. 9 at 12.) Plaintiff did not file an amended complaint by the deadline to do so and did not respond to Judge Kang's subsequent Order to Show Cause as to why the action should not be dismissed for failure to prosecute. (Dkt. No. 11.) When Plaintiff failed to respond to that order as well, Judge Kang issued the underlying report and recommendation recommending the action be dismissed for failure to prosecute and failure to comply with the Court's orders. (Dkt. No. 12.)

  Objections to Judge Kang's order were due on or before December 10, 2025. *See* Fed. R. Civ. P. 72(b)(2). As of today's date, no objection or other response has been filed by any party.

//

//

//

Having reviewed the matter de novo, the Court ADOPTS the Report and Recommendation in its entirety and dismisses the action without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 16, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge